UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED IN COURT
ASHEVILLE, NC

JUN 15 2020

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:20 CR 48 |
| v. | ) | **ORDER** |
| 1) JONATHAN NEAL DEATON<br>    a/k/a "JD"<br>2) CRISTIN MARIE LIVINGSTON<br>3) JAMES TRAVIS PHILLIPS<br>4) RAYMOND DALE QUEEN<br>    a/k/a "Clint" | ) | |

UPON MOTION of the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, for an order directing that the Indictment and Arrest Warrants in the above-captioned case be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the Indictment and Arrest Warrants in the above-captioned case be unsealed.

This 15th day of June, 2020.

HONORABLE W. CARLETON METCALF
U.S. MAGISTRATE COURT JUDGE